**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 3, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00118-CR

**JUAN  THEO  VEGA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 16-CR-3331**

## MEMORANDUM  OPINION

Appellant Juan  Theo  Vega has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.

Do Not Publish – Tex. R. App. P. 47.2(b)